WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

Electronically Filed on _____

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

BAC Home Loan Servicing, LP. fka Countrywide Home Loans Servicing, LP.
09-74790 / 105932426

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

James Davis &
Ruby Davis,

           Debtor.

BK-S-09-15908-BAM

Date:  8/20/09
Time:  3:30pm

Chapter 13

## LIMITED RESPONSE TO DEBTOR'S MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF HFC-USA

COMES NOW, by and through the undersigned counsel, and files this limited response to Debtor's Motion to Value Collateral, "Strip Off" and modify rights of HFC-USA stating as follows:

///

///

///

Secured Creditor does not oppose the relief sought by the Debtor's as long as there is language in the subsequent order noting that the subject lien is "stripped", and/or extinguished, only upon the completion of the Debtors Chapter 13 plan and they receive a discharge.

DATED  7/15/09  .

WILDE & ASSOCIATES

By _K. Scarlett #10235_
**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107