

**Entered on Docket
September 23, 2009**

_Bruce A. Markell_ (signature)
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
BAR NO. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Fax: (702) 735-0505
Attorney for Debtors

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

**JAMES DAVIS &
RUBY DAVIS**

    Debtor(s).

Chapter 13 Proceedings
Case No.: BK-S-09-15908-BAM
Trustee: Rick A. Yarnall

Date: 6/11/09
Time: 3:30 p.m.

### ORDER AVOIDING THIRD TRUST DEED

The Motion of Debtors, JAMES & RUBY DAVIS, to Value Collateral, "Strip Off" and Modify Rights of HFC-USA (CLAIM N/A) Pursuant to 11 U.S.C. 506(a) and 1322, as against Debtors' residential real property, coming on regularly for hearing on JUNE 11, 2009, at 3:30 p.m., with THE LAW OFFICES OF RANDOLPH H. GOLDBERG, appearing for Debtors, and, pursuant to notice duly given, no opposition being filed by creditors, or by the Chapter 13 Trustee, and the Court having heard the representation of counsel, and being otherwise informed, it is

1  hereby **ORDERED, ADJUDGED AND DECREED** that the security interest of HFC-USA in
2  the real property commonly known as 6655 OCTAVE AVENUE, LAS VEGAS, NEVADA,
3  89139-6749, and legally described as follows:
4  
5  Sonata Within Pinnacle Peaks Phase 1, Plat Book 112, Page 61, Lot 504, Block 3 is hereby
6  avoided, set aside and forever held for naught and that the claim of the aforesaid creditor in these
7  bankruptcy proceedings shall be treated as unsecured.
8  
9  **IT IS FURTHER ORDERED** that the certain Deed of Trust recorded in the Office of the
10  Clark County Recorder on November, 2, 2005 as Document Number 20051102:05234 (See
11  Exhibit A) is hereby removed and expunged from the County records and shall no longer
12  constitute a lien or encumbrance upon the aforesaid real property.
13  
14  **IT IS SO ORDERED.**
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

-2-

```
 1        DATED this ____ day of JUNE, 2009.
 2
 3   THE LAW OFFICES OF
 4   RANDOLPH H. GOLDBERG
 5   By /S/ RANDOLPH GOLDBERG ESQ.
     RANDOLPH H. GOLDBERG, ESQ.
 6   4000 S. Eastern
 7   Suite 200
     Las Vegas, Nevada 89119
 8   Attorney for Debtors
 9
10
11   APPROVED AS TO FORM AND CONTENT
12
     CHAPTER 13 TRUSTEE
13
14   _____
15   RICK YARNALL, TRUSTEE
     701 E. Bridger Avenue, #820
16   Las Vegas, NV  89101
17
18
19
20
21
22
23
24
25
26
27
28
```

# EXHIBIT A

## GENERAL INFORMATION

| | |
|---|---|
| PARCEL NO. | 176-14-210-058 |
| OWNER AND MAILING ADDRESS | DAVIS RUBY<br>6655 OCTAVE AVE<br>LAS VEGAS NV 89139-6749 |
| LOCATION ADDRESS CITY/UNINCORPORATED TOWN | 6655 OCTAVE AVE<br>ENTERPRISE |
| ASSESSOR DESCRIPTION | SONATA WITHIN PINNACLE PEAKS<br>PHASE 1<br>PLAT BOOK 112 PAGE 61<br>LOT 504 BLOCK 3<br>SEC 14 TWP 22 RNG 60 |
| RECORDED DOCUMENT NO. | * 20051102:05234 |
| RECORDED DATE | 11/02/2005 |
| VESTING | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE

| | |
|---|---|
| TAX DISTRICT | 635 |
| APPRAISAL YEAR | 2008 |
| FISCAL YEAR | 08-09 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT ACCOUNT NUMBER | N/A |

## REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2008-09 | 2009-10 |
|---|---|---|
| LAND | 63000 | 21000 |
| IMPROVEMENTS | 84977 | 84922 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 147977 | 105922 |
| TAXABLE LAND+IMP (SUBTOTAL) | 422791 | 302634 |
| COMMON ELEMENT ALLOCATION | 0 | 0 |
| TOTAL ASSESSED VALUE | 147977 | 105922 |
| TOTAL TAXABLE VALUE | 422791 | 302634 |

## ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| | |
|---|---|
| ESTIMATED SIZE | 0.10 Acres |
| ORIGINAL CONST. YEAR | 2006 |
| LAST SALE PRICE MONTH/YEAR | 453550<br>11/05 |
| LAND USE | 1-10 RESIDENTIAL SINGLE FAMILY |
| DWELLING UNITS | 1 |

## PRIMARY RESIDENTIAL STRUCTURE

| | | | | | |
|---|---|---|---|---|---|
| TOTAL LIVING SQ. FT. | 2368 | CARPORT SQ. FT. | 0 | ADDN/CONV | NONE |
| 1ST FLOOR SQ. FT. | 1058 | STORIES | TWO STORY | POOL | YES |
| 2ND FLOOR SQ. FT. | 1310 | BEDROOMS | 4 | SPA | YES |
| BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL 1 HALF | TYPE OF CONSTRUCTION | FRAME STUCCO |
| GARAGE SQ. FT. | 388 | FIREPLACE | 0 | ROOF TYPE | CONCRETE TILE |

http://redrock.co.clark.nv.us/assrrealprop/pclDetail.aspx?hdnParcel=17614210058&hdnInst...    6/8/2009

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_\_ The court waived the requirements of LR 9021.

__X__ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written Objection and each has:

\_\_\_\_\_ approved the form of this order:
__X__ waived the right to review the order
\_\_\_\_\_ and/or failed to file and serve papers in accordance with LR 9021©.

\_\_\_\_\_ I have delivered a copy of this proposed order to all Attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to view the order, failed to file and serve papers in accordance with LR 9021© and the following have disapproved the form of the order:

\_\_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

I declare under penalty of perjury under the laws of The State of Nevada the foregoing is true and correct.

/s/Maile C. Hansen/s/
An Employee of
THE LAW OFFICE OF
RANDOLPH H. GOLDBERG

###